# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

## REQUEST FOR MODIFYING THE CONDITIONS OF SUPERVISION WITH CONSENT OF THE OFFENDER
## *(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** James Edward Cummings **Case Number:** 03CR251-01B
**Name of Sentencing Judicial Officer:** Clarence A. Brimmer
**Date of Original Sentence:** June 28, 2004
**Original Offense:** Possession of a Destructive Device not Registered in the National Firearms Registration and Transfer Record
**Original Sentence:** 42 months custody
**Type of Supervision:** Supervised Release
**Date Supervision Commenced:** June 22, 2007
**Assistant U.S. Attorney:** L. Robert Murray
**Defense Attorney:** James H. Barrett

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
OCT 30 2007
Stephan Harris, Clerk
Cheyenne

### PETITIONING THE COURT

[[X] To modify the conditions of supervision as follows:

**The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.**

### CAUSE

The defendant's supervision has been transferred to Medford, Oregon. The Ninth Circuit Court of appeals held in *U.S. v. Stephens* that the probation officer lacks the authority to set the number or frequency of non-treatment urine samples. As such, the Medford probation office has requested the defendant's conditions be modified as set forth above.

I declare under penalty of perjury that the foregoing is true and correct.

[signature] October 30, 2007

Laura G. Conrad — Date
U.S. Probation Officer

Approved by: [signature]
Michael A. Akers
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] A Hearing to Show Cause why Conditions Should not be Modified

[signature] 10-30-07

Clarence A. Brimmer — Date
U.S. District Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON—PROBATION OFFICE

## WAIVER OF HEARING TO MODIFY CONDITIONS OF PROBATION/SUPERVISED RELEASE

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release.

**The defendant shall participate in a substance abuse treatment program as directed by the probation officer which may include urinalysis testing to determine if the defendant has used drugs or alcohol. In addition to urinalysis testing that may be part of a formal drug treatment program, the defendant shall submit up to eight (8) urinalysis tests per month.**

Witness: ____________________
Senior U.S. Probation Officer

Signed: ____________________
Probationer or Supervised Releasee
**CUMMINGS, James Edward**

Date: 10-23-07