**Fw: Exhibits**

**Abby Logan** to: Zac Fisher, Carissa Coursey, Tammy Hilliker, Josie Saenz 01/13/2011 09:20 AM

----- Forwarded by Abby Logan/WYD/10/USCOURTS on 01/13/2011 09:20 AM -----

| | |
|---|---|
| From: | "Dawson, Mikala J. (USAWY)" <Mikala.Dawson@usdoj.gov> |
| To: | <abby_logan@wyd.uscourts.gov> |
| Date: | 01/13/2011 08:51 AM |
| Subject: | FW: Exhibits |

Hi Abby,

Hopefully we didn't miss out on the offer to dispose of old exhibits yet. I've spoken to Bob Murray and you can dispose of the exhibits in:

03-CR-251

06-CR-83

06-CR-153

03-CR-232

04-CR-64

03-CR-74

04-CR-144

03-CR-66

Thank you!

Mikala Dawson

Paralegal Specialist

US Attorney's Office